IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE M. HENNING, CPA LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    *Defendants*. | Civil Action No. 2:20-cv-905<br><br>Hon. William S. Stickman IV |

**ORDER SETTING BRIEFING SCHEDULE**

AND NOW, this 20th day of July 2020, Defendants having filed a Motion to Dismiss with Memorandum of Law in Support thereof, ECF Nos. 11 and 12, IT IS HEREBY ORDERED that Plaintiff's response and brief in opposition thereto, not to exceed **twenty** pages, shall be filed by **August 10, 2020**. Defendants shall file any reply briefs, not to exceed **fifteen** pages, by **August 17, 2020**.

                BY THE COURT:

                /s/ *William S. Stickman IV*
                WILLIAM S. STICKMAN IV
                UNITED STATES DISTRICT JUDGE